IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ALEMAYEHU GETACHEW, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:25-cv-00645-O-BP |
| | § | |
| U.S. SMALL BUSINESS ADMINSTRATION, | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. Having reviewed the proposed Findings, Conclusions, and Recommendation for plain error, and finding none, the Court believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Plaintiff's request for a default judgment (ECF No. 14) is **DENIED**.

**SO ORDERED** on this **20th day** of **October 2025**.

Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE